# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

ALL COUNSEL ARE HEREBY DIRECTED TO APPEAR FOR THE JURY SELECTION AND THE TRIAL OF THESE CASES LISTED BELOW BEFORE THE HONORABLE HAROLD L. MURPHY, *ON MONDAY, SEPTEMBER 21, 2009, AT 10:00 A.M.*, IN THE UNITED STATES DISTRICT COURTHOUSE, *ROME, GEORGIA, COURTROOM 300.* ALL COUNSEL ARE TO REMAIN READY FOR THE TRIAL OF THEIR CASE UNTIL THE CASE HAS BEEN DISPOSED OF BY THE COURT.

---

| | |
|---|---|
| Lawrence R. Sommerfeld | UNITED STATES OF AMERICA |
| 4:08-CR-028 | V. |
| Giles Jones | RODERICQUE THOMPSON |

---

| | |
|---|---|
| Corey Steinberg | UNITED STATES OF AMERICA |
| 4:09-CR-017 | V. |
| Steven H. Sadow | JEFFREY BRIAN NICKEL |

---

| | |
|---|---|
| Paul Jones | UNITED SATES OF AMERICA |
| 4:09-CR-021 | V. |
| Michael R. Friedman<br>Giles Jones | URIEL RODRIGUEZ-ANCHONDO |

James N. Hatten, Clerk
S/
(By) Samuel M. Johnston
600 East First Street
Rome, Georgia 30161
706-378-4084

August 14, 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**CLERK'S CERTIFICATE OF SERVICE**

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia, at Rome, Georgia, hereby certify:

1. That pursuant to instructions for the United States District Judges and in the performance of my duties as Clerk, there was mailed to each of the defendants named on the attached Criminal Notice filed herein, or as otherwise appearing in the files in such cause except where the address is unknown, a Notice of Criminal Trial for **Monday, September 21, 2009, at 10:00 a. m.**, a true copy of which is attached hereto;

2. That the attached Notice was also mailed or electronically transmitted to each defendant's counsel;

3. That such Notice was enclosed and sealed in envelopes bearing the lawful frank of the United States District Court or contained the official Notice of Electronic Filing.

4. That said envelopes were delivered to and deposited in the regular mails of the United States Postal Service in the City of Rome in said District on August 19, 2009.

JAMES N. HATTEN, CLERK

BY: S/Samuel M. Johnston
Deputy Clerk

August 19, 2009