IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 4:09-CR-017-HLM-WEJ |
| | : | |
| JEFFREY BRIAN NICKEL | : | |

**NOTICE OF ENTRY OF APPEARANCE**

Assistant U.S. Attorney Paul R. Jones, herein files notice of his appearance, and respectfully requests that he be added as co-counsel of record for the United States.

Respectfully submitted,

/S/ PAUL R. JONES
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 402617

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia  30303
(404)581-6270
(404)581-6181 (Fax)

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

>Steven Howard Sadow
>Law Office of Steven H. Sadow, P.C.
>Suite 2502
>260 Peachtree Street, N.W.
>Atlanta, GA 30303

This 19th day of August, 2009.

>/S/PAUL R. JONES
>ASSISTANT UNITED STATES ATTORNEY