FILED IN OPEN COURT
9-29-09
James N. Hatten, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA        CRIMINAL ACTION

v.                              4:09-CR-17-HLM

JEFFREY BRIAN NICKEL

ORDER

The Court having questioned the defendant and counsel for the parties in open court, the Court finds the defendant, Jeffrey Brian Nickel, has knowingly and voluntarily waived the right to a jury trial and counsel for the parties have consented to a trial of this case by the Court without the intervention of a jury.

ACCORDINGLY, the Court will try this case without a jury.

IT IS SO ORDERED, this the 29 day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE