IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,    :

        Plaintiff,          :

        v.             :    CASE NO. 4:09-CR-17

JEFFREY BRIAN NICKEL,    :

        Defendant.      :

## ORDER

The defendant having moved the Court to extend the time for the parties to file their post-trial pleadings, and the government having consented thereto, it is hereby ORDERED that the time for filing post-hearing pleadings is extended until November 25, 2009.

SO ORDERED this ___9___ day of November, 2009.

_____
HONORABLE HAROLD L. MURPHY
UNITED STATES DISTRICT COURT JUDGE