December 15, 2009

| | |
|---|---|
| Mr. Sam Johnston | Ms. Carri Butler |
| Courtroom Deputy Clerk | Courtroom Deputy Clerk |
| Honorable Harold L. Murphy | Honorable Walter E. Johnson |
| 600 East First Street | 600 East First Street |
| Rome, Georgia 30161 | Rome, Georgia 30161 |

  Re: *United States v. Jeffrey Brian Nickel,* Case No. 4:09-CR-17
    **NOTICE OF LEAVE OF ABSENCE**

Dear Courtroom Deputies:

  This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa., that I will be out of the office:

      February 20-March 6, 2010

  I am requesting that the above-styled case not be calendared during the period of my absence.

        Sincerely,
        */s/ Steven H. Sadow*
        Steven H. Sadow
        Attorney for Defendant

SHS:cmp