# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

### 4:09-cr-00017-HLM-WEJ
### USA v. Nickel
### Honorable Harold L. Murphy

Minute Sheet for proceedings held In Open Court on 03/12/2010.

TIME COURT COMMENCED: 1:30 P.M.  
TIME COURT CONCLUDED: 2:15 P.M.  
TIME IN COURT: 00:45  
COURT REPORTER: Alicia Bagley  
USPO: Mary Waggoner  
DEPUTY CLERK: Sam Johnston

| | |
|---|---|
| DEFENDANT(S): | [1]Jeffrey Brian Nickel Present at proceedings |
| ATTORNEY(S) PRESENT: | Paul Jones representing USA<br>Jane McBath representing USA<br>Steven Sadow representing Jeffrey Brian Nickel |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | The defendant stated he has read and understands the PSR; The Court adopts the findings of fact and the conclusions of the PSR in all respects except as to the contested issues, the Court puts into evidence the PSR and all the attachments there too; The Court resolves the contested issue; Sentence: Defendant is committed to BOP for a term of 120; the defendant shall pay a special assessment of $100.00, which shall be due immediately; the defendant shall be placed on supervised release for a term of 10 years; all other terms and conditions are as stated in the Judgment and Commitment. The Court recommends to BOP that the defendant be allowed to serve his sentence at the FCI Ashland, KY facility. Further, the Court recommends that the defendant be allowed to receive credit toward this sentence for the time he served in state custody as it was a result of this instant offense. The defendant is advised of his rights to appeal, exceptions stated by the defendant, and the defendant was allowed to remain on bond until he reports for the service of his sentence |