# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                  Case No. 4:09-CR-17-01-HLM

**JEFFREY BRIAN NICKEL**         Defendant's Attorney:
                                  STEVEN SADOW, ESQ.

---

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant was found guilty following a bench trial on **Count(s) One (1) of the Indictment.**

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
| --- | --- | --- |
| 18 U.S.C. 2422(b) | Coercion or Enticement of Minor | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$ 100.00** which shall be due immediately.

4:09-CR-17-01-HLM : JEFFREY BRIAN NICKEL

The Court finds that the defendant does not have the ability to pay a fine and cost of incarceration. The Court will waive the fine and cost of incarceration in this case.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.8928          Date of Imposition of Sentence:March 12, 2010
Defendant's Date of Birth:  1977
Defendant's Mailing Address:
Louisville, Kentucky 40243

Signed this the ___15___ day of March 2010.

_____
HAROLD L. MURPHY
UNITED STATES DISTRICT JUDGE

4:09-CR-17-01-HLM : JEFFREY BRIAN NICKEL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **One Hundred Twenty (120) months**.

The Court recommends to the Bureau of Prison that defendant be allowed to serve his sentence at the federal correctional facility located in Ashland, Kentucky. Further, the Court recommends that the defendant be allowed to receive credit for the time he served in state custody as it was a result of this instant offense.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant   delivered   on  _____  to
_____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

4:09-CR-17-01-HLM : JEFFREY BRIAN NICKEL

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for **Ten (10) years**.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard and special conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

1. The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. The defendant shall submit to one (1) drug urinalysis within fifteen (I5) days after being placed on supervision and at least two (2) periodic tests thereafter.

3. The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

4. The defendant shall submit to a search of his person property,(real, personal or rental), residence, office and vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation of supervised release; the defendant shall warn any other residents that the premises may be subject to search pursuant to this condition of supervised release.

4:09-CR-17-01-HLM : JEFFREY BRIAN NICKEL

5. Pursuant to 42 U.S.C. §14135a(d)(1) and 10 U.S.C. §1565(d), which requires mandatory DNA testing for federal offenders convicted of felony offences, the defendant shall cooperate in the collection of DNA as directed by the United States Probation Officer.

6. The defendant shall participate in the mental health aftercare program including a psychosexual evaluation and counseling if deemed necessary and comply with the conditions of the sex offender contract under the guidance and supervision of the United States Probation Officer. If able, the defendant shall be required to contribute to the cost of services for such treatment.

4:09-CR-17-01-HLM : JEFFREY BRIAN NICKEL

# STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime.  In addition:

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer within **72** hours of any change in residence or employment;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

4:09-CR-17-01-HLM : JEFFREY BRIAN NICKEL

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **72** hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.